# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 20, 2020

Lyle W. Cayce
Clerk

No. 19-60215

Clarence J. Simon,

*Petitioner*,

*versus*

Director, Office of Workers' Compensation Programs,
United States Department of Labor;
Longnecker Properties, incorporated;
Seabright insurance company,

*Respondents*.

Petition for Review of an Order
of the Benefits Review Board
BRB No. 17-0579

Before Jolly, Jones, and Willett, *Circuit Judges*.

Per curiam:[*]

Clarence Simon appeals from an adverse decision of the Benefits
Review Board, which affirmed an administrative law judge ruling that Simon

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited circumstances set
forth in 5th Circuit Rule 47.5.4

is barred from recovering benefits because he previously settled his claim with a third party without obtaining the employer's (Longnecker's) prior written approval.  See 33 U.S.C. § 933(g).  The administrative law judge held the settlement existed and was valid based on collateral estoppel, and the estoppel derived from an earlier federal court case.  *See Simon v. Longnecker Properties, Inc.*, No. 15-31113, 671 Fed App'x. 277 (Mem.)(5th Cir. Dec. 7, 2016).  Our review considers whether the Benefits Review Board "correctly concluded that the [ALJ's] order was supported by substantial evidence on the record as a whole and is in accordance with the law." *Ingalls Shipbuilding, Inc. v. Director, OWCP,* 991 F.2d 163, 165 (5th Cir. 1993).  We have carefully reviewed the record in this case, together with the parties' briefs.  Having done so, we find no error of fact or law.  **AFFIRMED**.